**Affirmed and Opinion Filed July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01246-CR

## ALEXANDER JAMES GABRIEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-81517-10

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

Alexander James Gabriel appeals from the adjudication of his guilt for robbery. *See* TEX.

PENAL CODE ANN. § 29.02 (West 2011). The trial court assessed punishment at fourteen years'

imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is

wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*,

386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in

effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12

(Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We

advised appellant of his right to file a pro se response, but he did not file a pro se response. *See*

*Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


Do Not Publish
TEX. R. APP. P. 47
121246F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALEXANDER JAMES GABRIEL,
Appellant

No. 05-12-01246-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 401st Judicial District
Court of Collin County, Texas (Tr.Ct.No.
401-81517-10).
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered July 25, 2014